[No. 15797–3–I.   Division One.   October 20, 1986.]

THE SOUTHCENTER VIEW CONDOMINIUM OWNERS' ASSOCIA-
TION, ET AL, *Appellants,* v. CONDOMINIUM
BUILDERS, INC., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 83–2–04713–7, Patricia H. Aitken, J., entered
November 29, 1984. *Affirmed* by unpublished opinion per
Brachtenbach, J. Pro Tem., concurred in by Cole and

1034

Thomas, JJ. Pro Tem. Now published at 47 Wn. App. 767.